# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ALLAN ROBERT SIMMONS,<br><br>Petitioner,<br><br>v.<br><br>STATE OF WASHINGTON,<br><br>Respondent. | CASE NO. C19-5284 BHS-TLF<br><br>ORDER DECLINING TO ADOPT REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge, Dkt. 4, and the remaining record. The R&R recommends that the Court deny petitioner Simmons's motion for leave to proceed *in forma pauperis*, Dkt. 3. Since the R&R was filed, Simmons has paid the $5.00 filing fee. Therefore, the Court **DENIES** the motion as moot and **DECLINES** to adopt the R&R.

**IT IS SO ORDERED.**

Dated this 31st day of May, 2019.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1