# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

ALLAN ROBERT SIMMONS,

             Petitioner,

v.

STATE OF WASHINGTON,

             Respondent.

CASE NO. C19-5284 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 11. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Petitioner's petition for habeas corpus, Dkt. 5, is **DENIED**;

(3)     A certificate of appealability is **DENIED**; and

(4)     This case is closed.

Dated this 8th day of July, 2020.

_____
BENJAMIN H. SETTLE
United States District Judge